MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LUIS RENDON,                    :
                                :
            Plaintiff,          :
                                :
     - v. -                     :
                                :      STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :      08 Civ. 3014 (HB)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 27, 2008 to and including July 9, 2008. [HB: this will permit an answer prior to 7/10/08 PTC] This extension is requested because

the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
April 23, 2008

        LEGAL AID SOCIETY
        Attorney for Plaintiff

By: _____
    SUSAN J. HOROWITZ, ESQ.
    199 Water Street, 3rd Floor
    New York, New York 10038
    Telephone No: (212)577-3616

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____ 5/6/08
UNITED STATES DISTRICT JUDGE