199 WATER STREET   NEW YORK, N.Y. 10038   TEL: 212-577-3300   FAX: 646-616-4616   www.legal-aid.org

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

JUN 0 6 2008

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
*Civil Division*

June 5, 2008

Linda Eckhouse
Judicial Assistant to the Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
New York, NY 10007

> Re: Rendon v. Astrue
> 08 Civ. 3014 (HB)

Dear Ms. Eckhouse;

    Enclosed is a copy of my letter to Susan Branagan, informing her of the date and time of the pretrial conference.

    On July 10, I have an SSI hearing scheduled at 10:00 at 26 Federal Plaza. Although I may be finished by noon, I am a bit concerned that the ALJ will be running late, as sometimes occurs, and I do not want to be late for our conference. Would it be possible to start at 1:30? If this is not convenient, I will do my best to finish at Federal Plaza on time.

    Please contact me if you need additional information.

Very truly yours,

SUSAN HORWITZ
Senior Staff Attorney
Lower Manhattan Neighborhood Office
(212) 577-3616
shorwitz@legal-aid.org

[Handwritten note: Let's leave it this way. I'm locked in for afternoon - call if 12:30 doesn't work + we may have a cancellation]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 6/10/08

Endorsement:

    Let's leave it this way I'm booked for afternoon - Call if 12:30 doesn't work and we may have a cancellation.