MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
L. G. R.,                                     :
                                              :    **BRIEFING SCHEDULE**
            Plaintiff,                        :
                                              :
       - v. -                                 :    08 Civ. 03014 (HB)
                                              :
MICHAEL J. ASTRUE,                            :
Commissioner of Social Security,              :
                                              :
            Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - x

Defendant having filed his answer to the complaint on July 9, 2008,

IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before August ~~26~~ 10, 2008; N.Y.N

2. Plaintiff's response to the motion shall be served and filed on or before ~~October 3~~ Sept 15, 2008;

3. Defendant's reply shall be served and filed on or before ~~October 17, 2008; and~~ Sept 30

~~4. Plaintiff's reply shall be served and filed on October 31, 2008.~~

SO ORDERED:

_____ 7/10/08
United States District Judge