MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
LUIS RENDON,                        :
                                    :
                    Plaintiff,      :
                                    :
         - v. -                     :   STIPULATION AND ORDER
                                    :         OF REMAND
MICHAEL J. ASTRUE,                  :
Commissioner of                     :   08 Civ. 3014 (HB)
Social Security,                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - -x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July 22, 2008

          THE LEGAL AID SOCIETY
          Attorneys for Plaintiff

By: _____
    SUSAN J. HOROWITZ, ESQ.
    199 Water Street, 3rd Floor
    New York, New York 10038
    Telephone No. (212) 577-3616

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No. (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE